IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCELINE WHITE, | * | |
| | * | |
| | * | |
| v. | * | Civil No. CCB-10-1183 |
| | * | |
| BANK OF AMERICA, N.A., et al., | * | |
| | * | |
| | * | |
| | * | |

******

ORDER

For the reasons stated in the accompanying Memorandum, it is, this 27th day of March 2012 **ORDERED** that:

1. Plaintiff's Motion for Partial Summary Judgment as to Count III (ECF No. 42) is DENIED without prejudice as premature;
2. Defendants' Motion for Summary Judgment as to Counts I and II and to Dismiss Count III (ECF No. 44) is GRANTED as to recordation fees only and DENIED without prejudice as to all other issues, pending further discovery to be completed within the next 90 days.
3. Counsel shall confer and propose a schedule for discovery consistent with this opinion by April 13, 2012, in preparation for a conference call scheduled April 17, 2012 at 12:30 p.m.

/s/
Catherine C. Blake
United States District Judge